Print this page

# Case # 02-14-00259-CR

**Case Information**

| | |
|---|---|
| Location | 2nd Court of Appeals |
| Date Filed | 04/27/2015 05:36:30 PM |
| Case Number | 02-14-00259-CR |
| Case Description | |
| Assigned to Judge | |
| Attorney | Craig Price |
| Firm Name | Hammerle Finley & Scroggins Law Firm |
| Filed By | Raven McIntyre |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

**Payment**

| | |
|---|---|
| Account Name | MC 4807 |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 8296375 |
| Order # | 005053700-0 |

---

**Petition for Discretionary Review**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Appellant's Petition for Discretionary Review |
| Reference Number | Almaguer |
| Comments | |
| Status | Under Review |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |

Service Fee                                              $0.00
**Documents**
*Lead Document*                          150427 Appellant's Petition for Discretionary Review.pdf   [Original]


**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Craig Price<br>cmp@hammerle.com | | EServe | Sent | Yes | Not Opened |